**Order entered October 28, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

### No. 05-22-00692-CV

## ESAM HOHAMMAD ALHALABY, ET AL., Appellants

## V.

## AUCTION CREDIT ENTERPRISE, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14909**

### ORDER

Before the Court is appellants' October 26, 2022 motion for an extension of time to file their opening brief. We **GRANT** the motion and extend the time to **November 28, 2022**.

/s/    BILL PEDERSEN, III
          JUSTICE